JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Muncy & Racheal Mattinson, individuals,<br><br>       Plaintiffs,<br><br>  vs.<br><br>Ford Motor Company, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No.: 2:21-cv-01498 AB (PVCx)<br><br>MDL No.: 2813-AB-(PVCx)<br><br>Assigned to: Hon. Andre Birotte, Jr.<br>Department: 7B<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)(ii)** |

    Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED to be dismissed with prejudice, each side to bear its own costs and attorney's fees.

    **IT IS SO ORDERED**.

Dated: July 19, 2021

                                                     JUDGE, UNITED STATES DISTRICT COURT